# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1102** | **September Term, 2023** |
| | EPA-88FR9336 |
| | Filed On: February 28, 2024 [2042800] |

State of Utah, by and through its Governor, Spencer J. Cox and its Attorney General, Sean D. Reyes,

      Petitioner

    v.

Environmental Protection Agency and Michael S. Regan,

      Respondents

------------------------------

Consolidated with 23-1103, 23-1105, 23-1106, 23-1107, 23-1112, 23-1113, 23-1115

_____

| | |
|---|---|
| **No. 24-1040** | EPA-88FR9336 |

State of Utah, by and through its Governor, Spencer J. Cox, and its Attorney General, Sean D. Reyes,

      Petitioner

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, U.S. EPA,

      Respondents

------------------------------

Consolidated with 24-1041, 24-1042

# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 23-1102**                                                          **September Term, 2023**

_____

**No. 24-1043**                                                          **EPA-88FR9336**

State of Oklahoma, by and through its
Attorney General, Gentner F. Drummond
and Oklahoma Department of
Environmental Quality,

        Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, U.S. EPA,

        Respondents

------------------------------

Consolidated with 24-1044, 24-1045, 24-1046

## O R D E R

    Upon consideration of the court's order filed June 27, 2023, holding case Nos. 23-1102, et al. in abeyance, and the petitions for review transferred from the U.S. Court of Appeals for the Tenth Circuit and docketed on February 28, 2024, it is

    **ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in these cases by March 29, 2024.

                                                              **FOR THE COURT:**
                                                              Mark J. Langer, Clerk

                                         BY:    /s/
                                                       Scott H. Atchue
                                                       Deputy Clerk